# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE:**<br><br>**ALLEN HAMMLER,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:19-mc-00028-SAB<br><br>ORDER REGARDING USE OF ELECTRONIC FILING SYSTEM, DIRECTING APPEARANCE BY SUPERVISING DEPUTY ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE<br><br>[ECF No. 1] |

On April 22, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at California State Prison, Corcoran ("CSP-COR").

Plaintiff contends that he has been engaged in conflict with prisons officials and he is unable to access the library because he has been "illegally placed on restriction and prevented from obtaining copies or using the Electronic Filing System." Plaintiff requests to be exempt from filing his complaint through use of the electronic filing system.

As Plaintiff is incarcerated at CSP-COR, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiff's incarcerated at CSP-COR. Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the standing order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

The Court notes that Plaintiff has previously filed a request to be exempt from electronic filing in case numbers 1:19-mc-00019 SAB and 1:19-mc-00026 SAB. In case number 1:19-mc-00019, <u>In re Allen Hammler</u>, the undersigned directed the complaint to be filed by the Litigation Coordinator at CSP-COR but did not make any finding on Plaintiff's allegations. In case number 1:19-mc-00026, <u>In re Allen Hammler</u>, the undersigned directed the Supervising Attorney General to file a response to Plaintiff's contentions that he could not utilize the electronic filing system at CSP-COR, and the response is currently due on or before April 30, 2019.

Inasmuch as this is Plaintiff's third request and the case has not yet been opened, the Court will again request the Supervising Deputy Attorney General in charge of the electronic filing program, Christopher Becker, to address Plaintiff's contention that he is not allowed to utilize the electronic filing system at CSP-COR. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary and only if Plaintiff has properly responded within the specified time period.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Allen Hammler's declaration (ECF No. 2) and a copy of this order on Supervising Deputy Attorney General, Christopher Becker, at Christopher.Becker@doj.ca.gov;

2. Mr. Becker shall file a response to Mr. Hammler's declaration within **fourteen (14)** days from the date of service of this order;

3. Inmate Allen Hammler shall file a detailed brief demonstrating how he was denied access to the electronic filing system at CSP-COR within **twenty-one (21)** days from the date of service of this order; and

///
///
///
///
///
///

4. No case as to the merits of Mr. Hammler's claims will be opened until the issue regarding the use of the electronic filing system is resolved unless a civil complaint is filed through the Court's e-filing procedures.

IT IS SO ORDERED.

Dated: __**April 26, 2019**__

UNITED STATES MAGISTRATE JUDGE